IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

SHANNON D. MALINISH

v.  CASE NO. 3:12CV338

CONSUMER PORTFOLIO SERVICES, INC.

### NOTICE TO COUNSEL

The Court has not received from counsel the report as required by Rule 26(f) of the Federal Rules of Civil Procedure. The parties are therefore deemed to have chosen to proceed in this case without the initial disclosures specified in Rule 26(f).

And it is SO ORDERED.

/s/
James R. Spencer
United States District Judge

Date: 7-26-12