UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

F I L E D
JAN - 8 2013
CLERK...

| | |
|---|---|
| SHANNON D. MALINISH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:12-cv-00338-JRS |
| ) | |
| CONSUMER PORTFOLIO SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

### DISMISSAL ORDER

THIS DAY came the Plaintiff Shannon D. Malinish and the Defendant Consumer Portfolio Services, Inc., by counsel, to advise the Court that they have resolved all claims and disputes in this action. Plaintiff Shannon D. Malinish has agreed to dismiss, with prejudice, all claims in this action against Defendant Consumer Portfolio Services, Inc.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that this action is DISMISSED WITH PREJUDICE in its entirety. Each party shall pay her or its own respective costs including attorneys' fees.

The Clerk is directed to remove this action from the docket and mail copies of this Order upon entry to all counsel of record.

IT IS SO ORDERED.

ENTERED this _8th_ day of January, 2013.



RECEIVED
JAN - 7 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

/s/
James R. Spencer
United States District Judge

WE ASK FOR THIS:


_____
John Cole Gayle, Jr. (Va. Bar No. 018833)
The Consumer Law Group
5905 West Broad Street, Suite 303
Richmond, Virginia 23230
Telephone: (804) 282-7900
Facsimile: (804) 673-0317
Jgayle@consumerlawgroup.com

*Counsel for Plaintiff Shannon D. Malinish*


_____
Charles K. Seyfarth (Va. Bar No. 44530)
LeClairRyan
Riverfront Plaza – East Tower
951 E. Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 916-7159
Facsimile: (804) 916-7259
Charles.Seyfarth@leclairryan.com

*Counsel for Consumer Portfolio Services, Inc.*

2